# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, and ANDREA ELIASON, Individually and on Behalf of All Others Similarly Situated<br><br>　　　　　Plaintiffs,<br>　v.<br><br>NISSAN OF NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.<br>　　　　　Defendants. | Case No. 3:21-cv-00099<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara Holmes<br><br>**Jury Trial Demanded** |
| BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS, and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated<br><br>　　　　　Plaintiffs,<br>　v.<br><br>NISSAN OF NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.<br><br>　　　　　Defendants. | Case No. 3:21-cv-00150<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara Holmes<br><br>**Jury Trial Demanded** |

## **STIPULATION AND AGREED ORDER**

　　It appears to the Court, as evidenced by the signatures of counsel below, that Plaintiffs in each of the above cases and Defendant Nissan North America, Inc. ("NNA") (Plaintiffs and NNA are collectively referred to as the "Parties") stipulate as follows:

　　1.　*Stringer, et al v. Nissan of North America, Inc., et al.*, 3:21-cv-00099, Dkt. No. 1, (M.D. Tenn. Feb. 5, 2010) ("*Stringer Action*") is brought by current owners of Nissan Rogue vehicles who allege that their continuously variable transmission ("CVT") is defective. *Lane, et al. v. Nissan of North America, Inc, et al.*, 3:21-cv-00150, Dkt. No. 1, (M.D. Tenn. Feb. 25,

2021) ("*Lane Action*") is brought by current owners of Nissan Pathfinder vehicles who allege that their CVT is defective.

2. On April 12, 2021, this Court entered a Stipulation and Agreed Order (Dkt. No. 39, the "First Consolidation Order"), which consolidated into the *Stringer Action* all Rogue Plaintiffs (as defined in the First Consolidation Order) from three other actions pending before this Court. Additionally, this Court consolidated into the *Lane Action* all Pathfinder Plaintiffs (as defined in the First Consolidation Order) from one other action pending before this Court.

3. On April 16, 2021, the Rogue Plaintiffs filed a Consolidated Class Action Complaint in the *Stringer Action* (Dkt. No. 42) and on May 17, 2021, NNA filed an Answer to the Consolidated Class Action Complaint in the *Stringer Action*. (Dkt. No. 53).

4. Also on April 16, 2021, the Pathfinder Plaintiffs filed a Consolidated Class Action Complaint in the *Lane Action* (Dkt. No. 31) and on May 17, 2021, NNA filed an Answer to the Consolidated Class Action Complaint in the *Lane Action*. (Dkt. No. 36).

5. To promote judicial economy and preserve the Parties' resources, the claims of all Pathfinder Plaintiffs and Rogue Plaintiffs shall now be consolidated by amending Plaintiffs' Consolidated Class Action Complaint in the *Stringer Action* to add all Pathfinder Plaintiffs currently included in the Consolidated Class Action Complaint in the *Lane Action*.

6. By July 15, 2021, the Plaintiffs shall file an Amended Consolidated Class Action Complaint adding the Pathfinder Plaintiffs to the *Stringer Action*. NNA's response to the Amended Consolidated Class Action Complaint in the *Stringer Action* shall be filed by August 15, 2021.

The parties having agreed, it is therefore **ORDERED** that the Parties' stipulation is hereby adopted.

**IT IS SO ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE