# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, ANDREA ELIASON, BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NISSAN OF NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD.<br><br>    Defendants. | Case No. 3:21-cv-00099<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF CLASS NOTICE**<br><br>Judge William L. Campbell<br>Courtroom A826<br>Magistrate Judge Barbara D. Holmes<br>Courtroom 764<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs, individually and on behalf of the proposed Settlement Class, hereby submit this unopposed Motion for Preliminary Approval of Class Action Settlement Agreement, Conditional Certification of Settlement Class, and Approval of Class Notice. Plaintiffs respectfully move this Honorable Court for entry of an Order: (1) granting preliminary approval of the Settlement; (2) approving the Notice Program and directing commencement of Notice as set forth in the Settlement and Notice Program; (3) conditionally certifying the Settlement Class for settlement purposes only; (4) approving the form and content of the Long Form Notice and Summary Notice, attached as Exhibits C and D to the Settlement, respectively; (5) appointing Plaintiffs as Class Representatives; (6) appointing Mark S. Greenstone of Greenstone Law APC, Marc L. Godino of Glancy Prongay & Murray LLP, and J. Gerard Stranch, IV of Branstetter Stranch & Jennings PLLC as Co-Lead Class Counsel; (7) appointing Stephen R. Basser of Barrack, Rodos & Bacine, Lawrence Deutsch of Berger Montague PC, and Ryan McDevitt of Keller Rohrback L.L.P., as Executive Committee Counsel; (8) appointing Kurtzman Carson Consultants, LLC as Settlement Administrator; and (9) scheduling a Final Fairness hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Class Representative service awards.

This motion is based on Plaintiffs' Memorandum of Law in support thereof, the declarations of Mark S. Greenstone, Marc L. Godino, J. Gerard Stranch, IV, Stephen R. Basser, Lawrence Deutsch, Ryan McDevitt and Carla Peak in support thereof, the complete record in this action and such oral argument as the Court may consider in deciding this motion.

Dated: September 7, 2021  Respectfully submitted,

By: *s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #23045)
BRANSTETTER STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: 615-254-8801
gerards@bsjfirm.com

Mark S. Greenstone (*pro hac vice*)
GREENSTONE LAW APC
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
mgreenstone@greenstonelaw.com

Marc L. Godino (*pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
mgodino@glancylaw.com

*Co-Lead Class Counsel*

Stephen R. Basser (*pro hac vice*)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com

Lawrence Deutsch (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
ldeutsch@bm.net

Ryan McDevitt (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
mcdevitt@kellerrohrback.com

*Executive Committee Counsel*

John G. Emerson
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com

Caroline Ramsey Taylor
WHITFIELD BRYSON LLP
518 Monroe Street
Nashville, TN 37208
caroline@whitfieldbryson.com

*Other Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 7th day of September, 2021, and served upon the following counsel:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Email: beng@bsjfirm.com

Danielle Manning
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Email: dmanning@glancylaw.com

Bradley J. Andreozzi
Faegre Drinker Biddle & Reath, LLP (Chicago Office)
191 N. Wacker Dr.
Chicago, IL 60606
Email: bradley.andreozzi@faegredrinker.com

E. Paul Cauley , Jr.
W. Vance Wittie
Faegre Drinker, Biddle & Reath, LLP (Dallas Office)
1717 Main Street
Suite 5400
Dallas, TX 75201
Email: paul.cauley@faegredrinker.com
Email: vance.wittie@faegredrinker.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Nash)
211 Commerce Street
Suite 800
Nashville, TN 37201
Email: jhicks@bakerdonelson.com

By: */s/ J. Gerard Stranch, IV*
J. Gerard. Stranch, IV