IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, ANDREA ELIASON, BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS, and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> NISSAN OF NORTH AMERICA, INC., and NISSAN MOTOR CO. LTD., <br><br> Defendants. | Case No. 3:21-cv-00099 <br><br> District Judge William L. Campbell <br> Courtroom A826 <br> Magistrate Judge Barbara D. Holmes <br> Courtroom 764 |

**JOINT MOTION TO RESET FAIRNESS HEARING DATE IN PRELIMINARY APPROVAL ORDER OF CLASS SETTLEMENT AGREEMENT**

Plaintiffs Teresa Stringer, Karen Brooks, William Papania, Jayne Newton, Menachem Landa, Andrea Eliason, Brandon Lane, Debbie O'Connor, Michelle Williams, and Wayne Balnicki ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (together, the "Parties") file this Joint Motion to Reset the Fairness Hearing Date in the Court's Preliminary Approval Order of Class Action Settlement, and would show the Court as follows:

1. On September 7, 2021, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 65] ("Motion for Preliminary Approval"). On October 13, 2021, the Court entered a Preliminary Approval Order of Class Action Settlement [Dkt. No. 75] ("Preliminary Approval Order"), granting the Motion for Preliminary Approval and setting the Fairness Hearing for May 23, 2022, at 1:30 p.m.

2. The date set in the Preliminary Approval Order for the Fairness Hearing was based on the expectation that the notice process would take well into March due to anticipated delays in obtaining and confirming the addresses of the Members of the Settlement Class. Paragraph 29 of the Settlement Agreement required the Settlement Administrator to "use best efforts" to cause Notice to the Settlement Class "to occur no later than (150) days from the Court's order granting preliminary approval of the Settlement," which is March 12, 2022. Due to diligent efforts by the Parties and the Settlement Administrator, it now appears that class notice can be sent on or around December 22, 2021, some ten weeks earlier than the deadline reflected in the Settlement Agreement. As a result, all required actions can be completed in time for the Court to conduct a Fairness Hearing in March 2022.

3. Because Notice has not yet been provided to the Settlement Class, Class Members have not been told the date for the Fairness Hearing, and changing the date now will not create any confusion. The new date and time (March 21, 2022 at 11:30 a.m.) are being proposed because the Clerk has confirmed that the Court is available, and the Parties have confirmed that counsel for all Parties are available, at that date and time.

4. Accordingly, in the interest of judicial economy and efficient effectuation of the proposed Settlement, the Parties respectfully request that the Court grant this motion and reset the Fairness Hearing Date in paragraph 21 of its Preliminary Approval Order for March 21, 2022, at 11:30 a.m., and adjust all associated deadlines accordingly.

Dated: December 7, 2021                                    Respectfully submitted,


BRANSTETTER, STRANCH & JENNINGS, PLLC          BAKER DONELSON, BEARMAN, CALDWELL &
                                               BERKOWITZ, P.C.

/s. J. Gerard Stranch, IV                      /s/ John S. Hicks
J. Gerard Stranch, IV (BPR 23045)              John S. Hicks (BPR No. 010478)
gerards@bsjfirm.com                            jhicks@bakerdonelson.com
Benjamin A. Gastel                             211 Commerce Street, Suite 800
beng@bsjfirm.com                               Nashville, Tennessee 37201
223 Rosa L. Parks Avenue, Ste. 200             (615) 726-5600
Nashville, TN 37203                            (615) 744-7337 (fax)
(615) 254-8801
(615) 255-5419 (fax)                           FAEGRE DRINKER BIDDLE & REATH LLP
                                               E. Paul Cauley, Jr. (admitted *pro hac vice*)
*Attorneys for Plaintiffs*                     paul.cauley@faegredrinker.com
                                               1717 Main Street, Suite 5400
                                               Dallas, Texas 75201
                                               (469) 357-2500
                                               (469) 327-0860 (fax)

                                               Bradley J. Andreozzi (admitted *pro hac vice*)
                                               bradley.andreozzi@faegredrinker.com
                                               191 N. Wacker Drive, Suite 3700
                                               Chicago, Illinois 60606
                                               (312) 569-1000
                                               (312) 569-3000 (fax)

                                               *Attorneys for Defendant Nissan North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

**BRANSTETTER, STRANCH & JENNINGS PLLC**
J. Gerard Stranch, IV
Benjamin A. Gastel
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-257-8801
615-255-5419 (fax)
gerards@bsjfirm.com
beng@bsjfirm.com

**GREENSTONE LAW APC**
Mark Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
mgreenstone@greenstonelaw.com

**GLANCY PRONGAY & MURRAY LLP**
Marc L. Godino
Danielle L. Manning
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**KELLER ROHRBACK, LLP**
Ryan McDevitt
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
gcappio@kellerrohrback.com
lsarko@kellerrohrback.com
rmcdevitt@kellerrohrback.com
*Attorneys for Adnrea Eliason and Wayne Balnicki*

**BARRACK, RODOS & BACINE**
Stephen R. Basser
One America Plaza
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

**BERGER &MONTAGUE, P.C.**
Lawrence Deutsch
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ldeutsch@bm.net

*Attorneys for Plaintiffs*

 

*/s/ John S. Hicks*
John S. Hicks