IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, ANDREA ELIASON, BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS, and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>NISSAN OF NORTH AMERICA, INC., and NISSAN MOTOR CO. LTD.,<br><br>Defendants. | Case No. 3:21-cv-00099<br><br>District Judge William L. Campbell<br>Courtroom A826<br>Magistrate Judge Barbara D. Holmes<br>Courtroom 764 |

## ORDER

Pending before the Court is the Joint Motion to Reset Fairness Hearing Date in Preliminary Approval Order of Class Action Settlement (Doc. No. 76). The Motion is GRANTED, and the Fairness Hearing currently set for May 23, 2022, is rescheduled for March 21, 2022 at 11:30 a.m.

IT IS SO ORDERED.

_____
WILLIAM L. CAMPBELL
UNITED STATES DISTRICT JUDGE