December 29, 2021

Certified Mail RRR **7017 2680 0000 4975 0891**

The Honorable Waverly D. Crenshaw
United States District Court for the Middle District of Tennessee, Nashville Division
801 Broadway, Room A820
Nashville, TN 37203

Vehicle Mileage: 96,222
Vehicle Identification Number: JN8AS5MT4FW663968

RE: No. 3:21-cv-00099, Teresa Stringer, et al. v. Nissan North America, Inc

Dear Judge Crenshaw:

I am writing you today regarding the case referenced above. It is my understanding that model years 2014-2018 of the Nissan Rogue are defective in nature, and that an extension of my warranty or monetary compensation should be due. However, it is noted that vehicles already outside of their extended warranty do not qualify for any such compensation, even though the CVT transmission is patently flawed.

It is my assertion that I should not be penalized due to the number of miles on my vehicle and should be entitled to the same compensation or assistance as other owners of this vehicle. In recent days, I have had to take my 2015 Nissan Rogue into a private shop due to my check engine light appearing, wherein the diagnosis was a transmission issue. It was relayed to me that I would need a complete transmission replacement, and that the model of transmission in my vehicle is known to have issues. It was only after this consultation that I received the notice of this lawsuit. I do not think that I should be denied what other owners of this vehicle are receiving due to being 1000 miles over the allowed mileage window. Please note my objection to the settlement.

I hope that you will consider my request and I will await your response.

Sincerely,

Cindy M. Wilson

2627 Woodsorrel Drive
Houston, Tx 77084
832-331-2084

CC

E Paul Cauley, Jr.
Faegre Drinker Biddle & Reath LLP
1717 Main Street
Suite 5400
Dallas, TX 75201


CC

Mark S. Greenstone
Greenstone Law APC
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

CED INC
CREDIT OFFICE 9727
5870 HWY 6 N STE 200
HOUSTON, TX 77084

CERTIFIED MAIL

7017 2680 0000 4975 0891

United States District Court for the Middle District of Tennessee
Nashville Division
Teresa Stringer, et al. v. Nissan North America Inc.
Case No. 3:21-cv-00099
801 Broadway, Room A820
Nashville, TN 37203

NEOPOST
12/29/2021
US POSTAGE $007.33
ZIP 77084
041M11292256
FIRST-CLASS MAIL