*Teresa Stringer, et al. v. Nissan North America, Inc.*, Case No. 3:21-cv-00099

RECEIVED

JAN 10 2022

in Judge Campbell's Chambers

Greg Grenz

575 5th Street South

Carrington, ND 58421

701-320-6190


I currently own a 2015 Nissan Pathfinder that I purchased in January 2015


VIN – 5N1AR2MM5FC623359


114,524 miles


I've taken my Pathfinder to the Fargo, ND Nissan dealer several times for general repairs and upkeep. And I remember asking the service check-in guys on duty at the time, several times, about a shutter in the transmission while going in low speed. And they keep saying that they have never heard of any issues. When in fact, I've seen people discuss it online (attached paperwork) and now the class action settlement. I never pursued it more because the service guys at Fargo Nissan kept saying that there was no issue and they never heard of such a thing. They never wanted to take it out for a test drive to see what I was talking about either.


This might apply to other Pathfinder owners who asked their dealer about the issue, but never got a response.


I haven't submitted any other objections in the last 5 years


I won't be able to attend the fairness hearing and I don't have separate counsel


Greg Grenz

Jan. 3, 2022

🔍 All   🛒 Shopping   ▶ Videos   🖼 Images   📰 News   ⋮ More          Tools

About 7,700,000 results (0.80 seconds)

Ads · Shop 2015 nissan pathfinder cvt                                    ⋮









| Transmission For Pathfinder 3.5l At… | 2015 Nissan Pathfinder… | JF016E Nissan Pathfinder CVT… | 2014 Nissan Pathfinder… |
|---|---|---|---|
| **$744.99** | **$1,699.00** | **$235.00** | **$2,748.00** |
| Used | Used | Refurbished | Refurbished |
| eBay | Car Part Planet | Street Smart Tra… | Reman Transmis… |

https://www.pathfindertalk.com › threads › like-the-pat…    ⋮

## Like the Pathfinder 2015-2016 is CVT problems still there?

Dec 8. 2015 — The transmission is a weak spot too -- many (myself included) have had to have theirs replaced outright, or major driveline components replaced …

Does the **2015** still have issues? Was: Yes or no? Purchase a …    Jun 7, 2015
Hypothetical: If the **2015 Pathfinder**, with its "new" **CVT**…    Jan 13, 2015
Getting cold feet - 2016 **CVT** issues? | **Nissan Pathfinder** Forum    Oct 4, 2016
Is there any **transmission** problems with 2016 **Pathfinder**?    Jun 17, 2019
More results from www.pathfindertalk.com

## People also ask    ⋮

Does 2015 Nissan Pathfinder have CVT transmission?

Does 2015 Nissan Pathfinder have transmission problems?

Many drivers of the 2015 Nissan Pathfinder have found that these vehicles suffer from **major transmission problems**, from stuttering and stalling out to losing all power. Drivers of the Pathfinder complain that it often feels as if the car has no idea what gear it needs to be in.

https://lemonexpert.com › vehicle-bulletins › 2015-nissan…

## 2015 Nissan Pathfinder Transmission Defects - Lemon Law Partners, LLP

Search for: Does 2015 Nissan Pathfinder have transmission problems?

Does Nissan Pathfinder have CVT transmission?

What problems does a 2015 Nissan Pathfinder have?

What years did Nissan Pathfinder have transmission problems?

Why do CVT transmissions fail?

Feedback

### 2015 Nissan Pathfinder
Sport utility vehicle

The 2015 Pathfinder comes with a 3.5-liter V6 that produces **260 horsepower**. A continuously variable transmission (CVT) is standard, which Nissan updated for 2015 with preprogrammed "shift points" to help it feel more like a conventional automatic transmission.

https://cars.usnews.com › … › 2015 Nissan Pathfinder

### 2015 Nissan Pathfinder Performance - Best Cars

| 3.5/5 | 4.9/5 | 80% |
|---|---|---|
| Edmunds | Crown Nissan Greensboro | Reman-Transmission.com |

**Towing capacity:** 5,000 lbs

**MPG:** Up to 20 city / 27 highway

**Transmission:** Continuous variable transmission

**Curb weight:** 4,168 to 4,486 lbs

**Engine:** 3.5 L V6

**Horsepower:** 260 hp

Wiper blade size    ⌄

Rear wiper size    ⌄

Tire pressure    ⌄

Ground clearance    ⌄

### Configurations

|  | MPG (city / hwy) |
|---|---|
| S | Up to 20 / 27 |
| SV | Up to 20 / 27 |
| SL | Up to 20 / 27 |
| Platinum | Up to 20 / 27 |

Greg Grenz
575 5th Street South
Carrington, ND 58421

FARGO ND 581

03 JAN 2022 PM 2 L

FOREVER / USA

RECEIVED

JAN 10 2022

in Judge Campbell's Chambers

United States District Court for the Middle District of Tennessee, Nashville Division

Teresa Stringer, et al. v. Nissan North America, Inc.

Case No. 3:21-cv-00099

801 Broadway, Room #820

Nashville, TN

37203

