## Objection to the Class Action Settlement

*Teresa Stringer, et al v. Nissan North America, Inc.*, Case No. 3:21-cv-00099

My name is Joan Haynes and my address is 2002 Ivy Lane, Mountain Home, Arkansas, 72653. My phone number is 870-706-7502. My husband, Rick Haynes, and I own a 2017 Nissan Rogue AWD SL which we purchased in December 2018. The VIN for this vehicle is 5N1AT2MV1HC881858, and the odometer reading today is 44,064 miles.

I object to the current Settlement because I believe that extending the warranty from the original 5 years or 60,000 miles to 84 months or 84,000 miles is simply neither fair nor sufficient recompense. **Owners of the Nissan vehicles that have a CVT deserve to have the transmission repaired if needed and free of charge if the problem occurs within a reasonable period of time of car ownership, and therefore, the warranty should be extended to 10 years or 120,000 miles.**

So, what is a "reasonable period of time" of car ownership? A reasonable period of time would cover all of the time that most people own that car. IHS Markit, Ltd. is a company which does research and provides information to industries and businesses. In a widely cited online article on their website dated June 14, 2021, IHS Markit reported its most recent findings that **the average age of vehicles in use in the United States is 12.1 years. A 10 year warranty seems like a fair compromise.** Additionally, a reasonable period of time would be consistent with the time period covered by the auto industry standard for an extended warranty. A simple online search reveals that **10 year or 120,000 mile extended warranties are frequently sold by a wide variety of companies. Nissan should recompense owners with peace of mind and free transmission repair by providing an extended warranty for 10 years or 120,000 miles.**

This objection would apply to the entire class. I have never before submitted any objections to any class action settlements. I do not intend to appear at the Fairness Hearing, nor do I intend to be represented by separate counsel. I choose to remain in the Settlement.

I hope you will consider my objection and take my recommendation.
Sincerely,

*Joan Haynes*
Joan Haynes
January 5, 2022

Joan Haynes
2002 Ivy Ln
Mountain Home, AR 72653

JAN 10 2022

in Judge Campbell's Chambers

NW ARKANSAS AR 727
6 JAN 2022 PM 2 L



United States District Court for the Middle District of Tennessee,
Nashville Division
Jereme Stringer, et al, v Nissan North America, Inc.
Case No. 3:21-cv-00099
801 Broadway, Room A820
Nashville, TN 37203