Stringer vs. Nissan North America Case No. 3:21-cv-00099

Francis L. Browne
404 Pine Brook Drive
Peabody, MA 01960
H-978-854-5130
C-617-320-1679
fmmab@comcast.net

2014 Nissan Rogue SV    VIN # 5N1AT2MV3EC753083
Vehicle entered service as a lease in February 2014
Current Odometer Mileage 76,563

I object to the proposed settlement on the following grounds and propose the following resolution.

I currently own the 2014 Nissan Rogue SV mentioned above that I purchased used on February 11, 2017 from Kelly Nissan in Beverly, MA. It was a Nissan Certified Pre-Owned Vehicle that was 36 months old with 27,421 miles. One of the benefits of purchasing a Nissan Certified Pre-owned Vehicle is that NNA warranties the powertrain to 72 months or 100,000 miles whichever comes first. This warranty upgrade is not a separately purchased negotiable item but comes with the vehicle. If I had purchased this used vehicle in a private sale, or from a non-Nissan car dealer, or as a non-Certified Preowned, the original 60 month 60,000 mile warranty would have transferred to me.

The transmission in this vehicle displayed error code P0744 and the transmission needed to be replaced in September 2021 at roughly 91months and 73,000 miles. The receipt is attached. Kelly Nissan in Lynnfield, MA has a record of the Check Engine Codes as well as FNA Transmission in Wakefield, MA where the transmission was replaced.

I believe that the proposed settlement is not only unfair to me but other plaintiffs who purchased a Nissan Certified Pre-owned. Instead of receiving an extra 24 months or 24,000 miles, we are only receiving 12 months while the mileage limit of the warranty actually decreases by 16,000 miles.

NNA gave this vehicle a 72 month 100,000 mile warranty when I purchased it. I propose the following two resolutions which I believe are fairer to the plaintiffs who purchased a Certified Pre-owned vehicle. The first resolution is to add 24 months or 24,000 miles to the NNA warranty that came with the vehicle when I purchased it extending the warranty to 96 months or 124,000 miles.
The second resolution would be to leave the settlement at 84 month or 84,000 miles but change from "whichever comes first" to "whichever comes last".

The original warranty mentioned in the settlement that applied to this vehicle when purchased new became null and void when I purchased it as a Nissan Certified Pre-Owned.

I will not be appearing at the Fairness Hearing and will not be retaining separate counsel. I have not objected to any class action settlements in the last 5 years.

*Francis L. Browne* 1/7/2022

Francis L. Browne
January 7, 2022



# FNA TRANSMISSION INC.
## 781-245-5556
### 323 VERNON STREET - WAKEFIELD, MA 01880

| INVOICE NUMBER | DATE | WRITTEN BY | TIME RECEIVED | TYPE OF SALE |
|---|---|---|---|---|
| 102085 | 09/27/21 | MM | 1219 | |
| ORIGINAL INVOICE | ORIGINAL CENTER | DATE | TYPE OF SERVICE | AUTHORIZED |

| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| FRANK BROWNE | 404 PINE BROOK DR | PEABODY, MA | | 01960 |

| COLOR | MILEAGE IN | DATE IN | MILEAGE OUT | DATE OUT |
|---|---|---|---|---|
| WHITE | | 09/27/21 | 72633 | 09/30/21 |

| YEAR AND MAKE | MODEL | LICENSE | PROMISED DATE | P.O. NUMBER | FLEET NO. | AUTH. BY |
|---|---|---|---|---|---|---|
| 14 NISSA | ROGUE | CC6464 | | | | |

| TRANS. TYPE | TRANS. NO. | VEHICLE IDENTIFICATION NUMBER (V.I.N.) | ENGINE NUMBER |
|---|---|---|---|
| RE0F1 | SRTA | 753083 | 2.5 |

| HOME PHONE | WORK PHONE | RECOMMENDED BY | TYPE OF SALE | TOWING COMPANY | REBUILDER | TESTER | INSTALLER |
|---|---|---|---|---|---|---|---|
| 761- | 617-3201679 | | R/B | | SRT | VG | ST |

### CUSTOMER COMMENTS
CK ENG LIGHT
TAG#7168

### SHOP COMMENTS
5N1AT2MV3EC753083

| QTY | PARTS DESCRIPTION | PRICE | AMOUNT | LABOR DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | REBUILT TRANSMISSION WITH TORQUE CONVERTER 12 MO. OR 12,000 MILE WARRANTY | 2555.00 | 2555.00 | REMOVE & REPLACE TRANSMISSION | 1140.00 |

```
FNA TRANSMISSION
323 VERNON ST
WAKEFIELD, MA 01880
781-245-5556
5436465562501         Store #: 0001
Merchant ID: 0100     Ref #: 0003
Term #: 0001
                      Sale
XXXXXXXXXXX7168
MASTERCARD   Entry Method: Chip
Total:              $  3,854.69
                          10-01-21
Inv #: 096008  Appr Code: 04780P  15:45:22
Transaction ID: 1301AEEMF5H8
Approval: Online   Batch #: 000436
MASTERCARD
AID: A0000000041010
TSI: E800
TVR: 0000000000
                        Customer Copy
                        THANK YOU!
```

I AUTHORIZE THE WORK STATED HEREIN ALONG WITH THE NECESSARY MATERIALS. I AGREE THAT YOU ARE NOT RESPONSIBLE FOR ANY LOSS OR DAMAGE TO THE ABOVE DESCRIBED VEHICLE OR ANY ARTICLES LEFT THEREIN IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND YOUR CONTROL OR FOR ANY DELAYS CAUSED BY UNAVAILABILITY OF PARTS OR IN PARTS SHIPMENT BY THE SUPPLIER OR TRANSPORTER. YOU AND/OR YOUR EMPLOYER OR AGENTS MAY OPERATE THE SAID VEHICLE ON STREETS, HIGHWAYS AND ELSEWHERE FOR THE PURPOSE OF TESTING, INSPECTION AND DELIVERY AT MY RISK. AN EXPRESS MECHANICS'S LIEN IS ACKNOWLEDGED ON SAID VEHICLE TO SECURE THE PAYMENT FOR YOUR WORK THEREON.

X _Frank Browne_    Date 10/1/2021

PHONE DATE _____  AL INSPECTION SVC
AUTH. TIME _____  FROM _____
                   BY _____

### COMPLETION STATEMENT
RECEIPT OF THIS AUTHORIZATION AND MY CAR HEREIN IS ACKNOWLEDGED, THE BODY OF MY CAR IS IN THE SAME CONDITION AS WHEN I LEFT IT.

| | |
|---|---|
| TOTAL LABOR | 1,140.00 |
| TOTAL PARTS | 2,555.00 |
| MISC | .00 |
| TAX | 159.69 |
| TOTAL | 3,854.69 |

CUSTOMER COPY

Browne
404 Pine Brook Dr.
Peabody, MA 01960

U.S. Ditrict Court for Middle Tennessee
Nashville District
Teresa Stringer et al v. Nissan North America Inc.
Case No. 3:21-cv-00099
801 Broadway
Room A820
Nashville, TN 37203