UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, ANDREA ELIASON, BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN OF NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD.<br><br>Defendants. | Case No. 3:21-cv-00099<br><br>**CLASS ACTION**<br><br>Judge William L. Campbell<br>Courtroom A826<br>Magistrate Judge Barbara D. Holmes<br>Courtroom 764<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

Consistent with Rule 23, Plaintiffs, individually and on behalf of the proposed Settlement Class, hereby submit this Motion for Final Approval of the Class Action Settlement. Plaintiffs request an order (1) finding that the Settlement is fair, reasonable, and adequate, and granting final approval of the Settlement; (2) certifying the Settlement Class for settlement purposes only; and (3) granting such other relief as the Court deems just and appropriate. A proposed order is attached hereto for the Court's convenience.

On October 13, 2021, the Court entered its Order Granting Preliminary Approval of Class Action Settlement, Certifying the Settlement Class, and approving the form and content of the Notice. (Dkt. No. #75) ("Preliminary Approval Order"). As explained in greater detail in the accompanying Memorandum in Support, all requirements set forth by the Court in its Preliminary

1

Approval Order have been satisfied. In support of this Motion, the Plaintiffs rely upon the following:

1. Memorandum of Law in support hereof filed contemporaneously herewith;

2. Declaration of J. Gerard Stranch, IV in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement and Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards, filed contemporaneously herewith;

3. Declarations of Lee Bowron, Brian Fitzpatrick, and Lana Lucchesi in support hereof filed contemporaneously herewith.

4. All documents submitted in support of the previously filed Motion for Preliminary Approval (Dkt. No. # 75); and

5. All documents submitted in support of the Motion for Award of Attorneys' Fees, Costs and Service Awards filed contemporaneously herewith.

Accordingly, Plaintiffs respectfully request an order: (1) finding that the Settlement is fair, reasonable, and adequate, and granting final approval of the Settlement; (2) certifying the Settlement Class for settlement purposes only; and (3) granting such other relief as the Court deems just and appropriate.

A proposed final order approving the settlement and awarding fees, expenses, and service awards had previously been filed with the Court as part of the Motion for Preliminary Approval. (Dkt. No. #67-1 at PageID 855-862.) For the Court's convenience, that order, updated with relevant information from preliminary approval is attached hereto.

Respectfully submitted,

Dated: February 7, 2022

By: *s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
BRANSTETTER STRANCH & JENNINGS PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: 615-254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

Mark S. Greenstone (*pro hac vice*)
GREENSTONE LAW APC
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
mgreenstone@greenstonelaw.com

Marc L. Godino (*pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
mgodino@glancylaw.com

*Co-Lead Class Counsel*

Stephen R. Basser (*pro hac vice*)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com

Lawrence Deutsch (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
ldeutsch@bm.net

Ryan McDevitt (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
mcdevitt@kellerrohrback.com

*Executive Committee Counsel*

John G. Emerson (*pro hac vice*)
EMERSON FIRM, PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
jemerson@emersonfirm.com

Caroline Ramsey Taylor
WHITFIELD BRYSON LLP
518 Monroe Street
Nashville, TN 37208
caroline@whitfieldbryson.com

*Other Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 7th day of February, 2022, and served upon the following counsel:

Danielle Manning
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Email: dmanning@glancylaw.com

Bradley J. Andreozzi
Faegre Drinker Biddle & Reath, LLP (Chicago Office)
191 N. Wacker Dr.
Chicago, IL 60606
Email: bradley.andreozzi@faegredrinker.com

E. Paul Cauley , Jr.
W. Vance Wittie
Faegre Drinker, Biddle & Reath, LLP (Dallas Office)
1717 Main Street
Suite 5400
Dallas, TX 75201
Email: paul.cauley@faegredrinker.com
Email: vance.wittie@faegredrinker.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Nash)
211 Commerce Street
Suite 800
Nashville, TN 37201
Email: jhicks@bakerdonelson.com

By: <i>/s/ J. Gerard Stranch, IV</i><br>J. Gerard. Stranch, IV