IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, ANDREA ELIASON, BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS, and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> NISSAN OF NORTH AMERICA, INC., and NISSAN MOTOR CO. LTD., <br><br> Defendants. | Case No. 3:21-cv-00099 <br><br> District Judge William L. Campbell <br> Courtroom A826 <br> Magistrate Judge Barbara D. Holmes <br> Courtroom 764 |

## NOTICE OF FILING PROPOSED FINAL APPROVAL ORDER

Pursuant to the Court's instructions at the final hearing to approve class action settlement on March 21, 2022, Defendant Nissan North America, Inc. ("Defendant") submits the attached proposed Order and Judgment Granting Final Approval of Class Action Settlement ("Final Approval Order"). As stated at the hearing, the Second Supplemental Declaration of Lana Lucchesi re: Notice Procedures with a corrected exhibit listing class members opting out of the settlement will be submitted forthwith.

Dated: March 21, 2022

Respectfully submitted,

BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

*/s/ John S. Hicks*
John S. Hicks (BPR No. 010478)
jhicks@bakerdonelson.com
1600 West End Avenue, Suite 2000

1

Nashville, Tennessee 37203
(615) 726-5600
(615) 744-7337 (fax)


FAEGRE DRINKER BIDDLE & REATH LLP

E. Paul Cauley, Jr. (*pro hac vice*)
paul.cauley@faegredrinker.com
S. Vance Wittie (*pro hac vice*)
vance.wittie@faegredrinker.com
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)

Bradley J. Andreozzi (*pro hac vice*)
bradley.andreozzi@faegredrinker.com
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606
(312) 569-1000
(312) 569-3000 (fax)

*Attorneys for Defendant Nissan North America, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

**BRANSTETTER, STRANCH & JENNINGS PLLC**
J. Gerard Stranch, IV
Benjamin A. Gastel
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-257-8801
615-255-5419 (fax)
gerards@bsjfirm.com
beng@bsjfirm.com

**GREENSTONE LAW APC**
Mark Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
mgreenstone@greenstonelaw.com

**GLANCY PRONGAY & MURRAY LLP**
Marc L. Godino
Danielle L. Manning
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**KELLER ROHRBACK, LLP**
Ryan McDevitt
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
gcappio@kellerrohrback.com
lsarko@kellerrohrback.com
rmcdevitt@kellerrohrback.com
*Attorneys for Adnrea Eliason and Wayne Balnicki*

**BARRACK, RODOS & BACINE**
Stephen R. Basser
One America Plaza
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

**BERGER &MONTAGUE, P.C.**
Lawrence Deutsch
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ldeutsch@bm.net

*Attorneys for Plaintiffs*


    */s/ John S. Hicks*
    John S. Hicks