# EXHIBIT A

| Name | Case Number | County | MY | Model | VIN | Plaintiff's Counsel | Plaintiff's Counsel Address |
|---|---|---|---|---|---|---|---|
| Cantoral, Carmen | 21STCV12430 | Los Angeles | 2016 | Rogue | 5N1AT2MT3GC823473 | Consumer Legal Services, P.C. | 2330 Long Beach Boulevard, Long Beach, CA 90806 |
| Martinez, Pablo | 21STCV04253 | Los Angeles | 2018 | Rogue | JN8AT2MT1JW492455 | The Barry Law Firm | 11845 W. Olympic Boulevard, Suite 1270, Los Angeles, CA 90064 |
| Sanchez, Jonathan | 21CV383160 | Santa Clara | 2018 | Rogue | KNMAT2MT5JP540559 | Consumer Legal Services, P.C. | 2330 Long Beach Boulevard, Long Beach, CA 90806 |
| Lopez, Abraham | 20STCV43335 | Los Angeles | 2015 | Pathfinder | 5N1AR2MN6FC673759 | The Barry Law Firm | 11845 W. Olympic Boulevard, Suite 1270, Los Angeles, CA 90064 |
| Rivera, Susan | 21STCV31550 | Los Angeles | 2015 | Pathfinder | 5N1AR2MN1FC627935 | Yashar Law, APLC | 8889 West Olympic Boulevard, Suite PH, Beverly Hills, CA 90211 |
| Morales, Sergio | CGC-21-594731 | San Francisco | 2016 | Pathfinder | 5N1AR2MN1GC640878 | Bickel Sannipoli APC | 701 B Street, Suite 1200, San Diego, CA 92101 |
| Calderon, Walter | 34-2020-00291413-CU-BC-GDS | Sacramento | 2017 | Pathfinder | 5N1DR2MN1HC609659 | The Barry Law Firm | 11845 W. Olympic Boulevard, Suite 1270, Los Angeles, CA 90064 |
| Rodriguez, Mathyorit | 21STCV24134 | Los Angeles | 2017 | Pathfinder | 5N1DR2MN1HC657484 | Yashar Law, APLC | 8889 West Olympic Boulevard, Suite PH, Beverly Hills, CA 90211 |
| Rodriguez, Gabriela | 21STCV40791 | Los Angeles | 2018 | Pathfinder | 5N1DR2MN8JC666611 | The Barry Law Firm | 11845 W. Olympic Boulevard, Suite 1270, Los Angeles, CA 90064 |
| Guerra, Dafny | 20STCV29292 | Los Angeles | 2018 | Rogue | 5N1AT2MT8JC752620 | Strategic Legal Practices | 1888 Century Park East, 19th Floor Los Angeles, CA 90067 |
| Ramirez, Miseal; Fuentes, Clara | 19STCV32277 | Los Angeles | 2018 | Rogue | KNMAT2MT3JP558350 | Strategic Legal Practices | 1888 Century Park East, 19th Floor Los Angeles, CA 90067 |
| Eurby, Nathaniel Sr. | 34-2020-00289553-CU-BC-GDS | Sacramento | 2015 | Pathfinder | 5N1AR2MN4FC676613 | Strategic Legal Practices | 1888 Century Park East, 19th Floor Los Angeles, CA 90067 |
| Perales, Luis Cardenas | 20STCV39043 | Los Angeles | 2016 | Pathfinder | 5N1AR2MN6GC630203 | Strategic Legal Practices | 1888 Century Park East, 19th Floor Los Angeles, CA 90067 |
| Chale, Miguel Esteban | 21STCV32642 | Los Angeles | 2018 | Rogue | 5N1AT2MT9JC727189 | Consumer Law Experts, P.C. | 5757 West Century Boulevard, Suite 500, Los Angeles, CA 90045 |
| Tovar, Maria | 30-2022-01246066-CU-BC-CJC | Orange | 2017 | Pathfinder | 5N1DR2MN6HC604067 | Consumer Law Experts, P.C. | 5757 West Century Boulevard, Suite 500, Los Angeles, CA 90045 |
| Martinez, Aaron | 22CMCV00057 | Los Angeles | 2018 | Rogue | KNMAT2MT2JP607229 | Consumer Law Experts, P.C. | 5757 West Century Boulevard, Suite 500, Los Angeles, CA 90045 |
| Ramirez, Alma Lisette | 30-2022-01250391-CU-BC-CJC | Orange | 2017 | Rogue | KNMAT2MT2HP619083 | Consumer Law Experts, P.C. | 5757 West Century Boulevard, Suite 500, Los Angeles, CA 90045 |
| Pelton, Patricia | CVPS2103473 | Riverside | 2018 | Pathfinder | 5N1DR2MN5JC654206 | Prestige Legal Solutions, P.C. | 6420 Wilshire Blvd., Suite 200, Los Angeles, CA 90048 |
| Narvaez, Dennis E. | 21STCV45180 | Los Angeles | 2018 | Rogue | KNMAT2MT0JP590995 | Lemon Law Associates of California | 2900 Adams Street, #A-340, Riverside, CA 92506 |
| Villasenor, Isidro A. | 37-2022-00009091-CU-BC-CTL | San Diego | 2017 | Pathfinder | 5N1DR2MN3HC617858 | Lemon Law Associates of California | 2900 Adams Street, #A-340, Riverside, CA 92506 |
| Hernandez, Irma and Ruben | CVRI22008990 | Riverside | 2018 | Rogue | KNMAT2MT1JP527002 | The Barry Law Firm | 11845 W. Olympic Boulevard, Suite 1270, Los Angeles, CA 90064 |
| Pascual, Guillermo | 21STCV45660 | Los Angeles | 2017 | Rogue | 5N1AT2MT8HC892211 | Consumer Legal Services, P.C. | 2330 Long Beach Boulevard, Long Beach, CA 90806 |
| Romero, Sandys; Pina, Manuel | 21STCV40919 | Los Angeles | 2017 | Pathfinder | 5N1DR2MN9HC602006 | Yashar Law, APLC | 8889 West Olympic Boulevard, Suite PH, Beverly Hills, CA 90211 |
| Lowen, Richard and Marta | 22STCV10188 | Los Angeles | 2018 | Rogue | 5N1ET2MT7JC851978 | Knight Law Group LLP | 10250 Constellation Boulevard, Suite 2500, Los Angeles, CA 90067 |
| Meza, Jorge Arellano; Vargas, Marisol Bobadilla | 37-2022-00029807-CU-BC-CTL | San Diego | 2017 | Rogue | KNMAT2MT4HP579492 | Knight Law Group LLP | 10250 Constellation Boulevard, Suite 2500, Los Angeles, CA 90067 |