# EXHIBIT B

Case 3:21-cv-00099   Document 136-2   Filed 10/14/22   Page 1 of 3 PageID #: 2671

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TERESA STRINGER, KAREN BROOKS, WILLIAM PAPANIA, JAYNE NEWTON, MENACHEM LANDA, ANDREA ELIASON, BRANDON LANE, DEBBIE O'CONNOR, MICHELLE WILLIAMS, and WAYNE BALNICKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN OF NORTH AMERICA, INC., and NISSAN MOTOR CO. LTD., <br><br> Defendants. | **CLASS ACTION** <br><br> Case No. 3:21-cv-00099 <br><br> District Judge William L. Campbell Courtroom A826 <br><br> Magistrate Judge Barbara D. Holmes Courtroom 764 |

## [PROPOSED] ORDER TO SHOW CAUSE WHY CASES FILED BY CLASS MEMBERS SHOULD NOT BE DISMISSED WITH PREJUDICE

In its Order and Judgment Granting Final Approval of Class Action Settlement and Award of Attorneys' Fees, Costs, Expenses and Representative Service Awards ("Final Approval Order") dated March 23, 2022, this Court (a) certified a settlement class and gave final approval to the Settlement Agreement; (b) approved and attached a list of persons who would otherwise be Class Members but who had excluded themselves by timely opting out of the class; (c) provided that each Class Member released and forever discharged Nissan North America, Inc. ("NNA") and all Related Parties from any and all Released Claims; (d) enjoined Class Members from asserting, commencing, prosecuting or continuing to prosecute, either directly or indirectly, any Released Claims against any of the Released Parties (except that Class Members may continue to pursue Future Transmission Claims, which are governed exclusively by the Expedited Resolution Process provided for in the Settlement Agreement); and (e) retained continuing jurisdiction over this

Settlement, including any suit, action, proceeding or dispute arising out of or relating to this Order and the Settlement Agreement, or the applicability of the Settlement Agreement. On the same day, the Court entered a Final Judgment pursuant to the Final Approval Order.

This Court has jurisdiction to enforce the Court-approved class settlement, this Court's injunction, and this Court's final judgment. NNA has now identified numerous Class Members who are not on the approved list of opt outs, but who have nevertheless filed actions against NNA asserting claims based on alleged defects in the CVT. These Class Members, who appear to be violating the injunction issued by this Court by pursuing Released Claims, are listed on Exhibit A.

IT IS HEREBY ORDERED THAT within 30 days of receipt of this Order, Class Members listed on Exhibit A shall either (a) file a notice or stipulation of dismissal with prejudice of any and all Released Claims with the court in which their action is pending, or (b) submit to NNA evidence showing why this Court should not enforce the release applicable to Class Members, the judgment entered by this Court, and this Court's injunction. Class members listed on Exhibit A who do not respond as required by this Order shall be subject to liability for contempt of court.

NNA shall serve notice of this Order on counsel for Class Members listed on Exhibit A by first-class mail. NNA may periodically submit supplemental lists of cases to which this Order should apply.

IT IS SO ORDERED.


Dated: _____, 2022.

_____
The Honorable William L. Campbell
United States District Court Judge


US.352984611.01